FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 8 2022

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **BRIAN LUCAS** | **PLAINTIFF** |
| VS. | NO. 4:22-cv-166-KGB |
| **DEREK LITTRELL, individually;** <br> **and DEREK LITTRELL d/b/a LITTRELL FARMS** | **DEFENDANT** |

## COMPLAINT

COMES NOW the Plaintiff, Brian Lucas, by and through his attorneys, RAINWATER, HOLT & SEXTON, P.A., and for his Complaint against the Defendants, states and alleges the following:

### I. RESIDENCY & PARTIES

1. Plaintiff Brian Lucas was at all times relevant a citizen and resident of Wheaton, Illinois.

2. Upon information and belief, Separate Defendant Derek Littrell was at all times relevant a citizen and resident of Mountain View, Arkansas.

3. Upon information and belief, Separate Defendant Derek Littrell d/b/a Littrell Farms is licensed to do business in the State of Arkansas. The principal business address is 13060 Highway, 5 Mountain view, Arkansas 72560. The registered agent of service is Process Agent Service Compant, Stephen Smith, 1206 Garrison Avenue, Ft. Smith, Arkansas 72901

4. The incident giving rise to this cause of action occurred on State Hwy 66 in Mountain View, Stone County, Arkansas.

### II. JURISDICTION AND VENUE

5. The United States District Court for the Eastern District of Arkansas has jurisdiction of this cause of action pursuant to 28 U.S.C. § 1332 as the amount in controversy exceeds the

This case assigned to District Judge Baker
and to Magistrate Judge Volpe

amount required for federal jurisdiction in diversity of citizenship causes of action.

6. Venue for this cause of action is governed by 28 U.S.C. § 1391. Venue lies properly in the Eastern District of Arkansas, Central Division as the incident from which the complaint arises occurred in Mountain View, Stone County, Arkansas.

### III. BASIC PREMISE

7. This is a negligence case which arises from a motor vehicle incident that occurred on June 2, 2021, on State Hwy 66 in Mountain View, Stone County, Arkansas.

### IV. FACTS

8. On or about June 2, 2021, at approximately 4:28 PM, Brian Lucas was driving east on State Highway 66 on a 2016 Ducati Motorcycle.

9. As Brian Lucas was negotiating a left curve on State Highway 66, he drove across wet manure that had been spilled on the roadway, which caused his motorcycle to slide and lose control resulting in Brian Lucas being ejected off of the motorcycle onto the ground.

10. Upon information and belief, just prior to Brian Lucas sliding on the wet manure, Derek Littrell, while operating a white farm truck, had traveled east on the same stretch of State Highway 66.

11. Upon information and belief, an independent witness had observed a white truck, with "Littrell Farms" written on the door of the truck, spilling wet manure onto Highway 66, including the same area where Brian Lucas' motorcycle crash occurred.

12. Upon information and belief, the wet manure on the roadway that caused Brian Lucas to crash his motorcycle was the wet manure spilled by Derek Littrell, while Derek Littrell was operating the "Littrell Farms" farm truck.

13. As a result of the incident above, Brian Lucas suffered personal injuries and damages.

### V. CAUSE OF ACTION - NEGLIGENCE

14. All of the allegations previously pled herein are re-alleged as though stated word-for-word.

15. At all times relevant, Defendants had a duty not to negligently expose others to risk of injury.

16. At all times relevant, Defendants had a duty to operate the farm truck subject to an ordinary standard of care of a reasonable person operating a commercial farm truck under the same circumstances.

17. Defendants breached their duty when Derek Littrell deviated from the ordinary standard of care for operating a commercial farm truck when he negligently failed to maintain the equipment on the truck that catches the run-off of manure from the truck.

18. When Defendants breached their duty by deviating from the appropriate standard of care for operating a commercial farm truck by failing to maintain the equipment on the truck that catches the run-off manure from the truck, Defendants caused the wet manure to spill directly onto the roadway, which directly and proximately caused Brian Lucas to lose control and crash his motorcycle.

19. As a result of Defendant's negligent departure from and ordinary standard of care, Brian Lucas suffered severe personal injuries and damages when he crashed his motorcycle. .

## VI. **PROXIMATE CAUSATION**

20. All of the allegations previously pled herein are re-alleged as though stated word-for-word.

21. The Defendants' negligence proximately caused the incident described herein and the injuries and damages sustained by Brian Lucas.

## VII. **INJURIES AND COMPENSATORY DAMAGES**

22. All of the allegations previously pled herein are re-alleged as though stated word-for-word.

23. Brian. Lucas sustained personal injuries and damages as a result of the incident.

24. Brian Lucas is entitled to the following damages:

    (a) the nature, extent, duration, and permanency of his injuries;

 (b) the full extent of the injuries he sustained;

 (c) the expense of his medical care, treatment and services received, including transportation, board and lodging expenses and those expenses that are reasonably certain to be required in the future;

 (d) any pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future;

 (e) the value of any earnings, earning capacity, profits, or salary lost in the past and that are reasonably certain to be lost in the future;

 (f) the visible results of his injuries; and,

 (g) any property damages he sustained.

25. The injuries and damages described herein have been suffered in the past and will be continuing in the future.

## VIII. **DEMAND FOR JURY TRIAL**

26. Brian Lucas hereby demands a trial by jury.

## IX. **DEMAND & PRAYER**

27. The Plaintiff demands judgment against Defendants for a sum in excess of that required for federal court jurisdiction in diversity of citizenship cases and sufficient to fully compensate him for his damages.

28. Plaintiff demands judgment against Defendants for pre-judgment interest and post-judgment interest at the maximum rate allowed by law; for reasonable expenses; costs; and for all other proper relief to which he may be entitled.

  Respectfully Submitted,

  Attorneys for Plaintiff

By: Jeremy McNabb (Ark. Bar No. 2003083)
  RAINWATER, HOLT & SEXTON, P.A.
  P.O. Box 17250
  Little Rock, AR 72222
  Telephone: (501) 868-2500
  Telefax: (501) 868-2505
  Jmcnabb@rainfirm.com