IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIAN LUCAS**                                                                                              **PLAINTIFF**

v.                          Case No. 4:22-cv-00166 KGB

**DEREK LITTRELL, Individually,**
**and DEREK LITTRELL d/b/a LITTRELL**
**FARMS**                                                                                                    **DEFENDANT**

### ORDER

Before the Court is the parties' joint stipulation for dismissal with prejudice (Dkt. No. 8). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation for dismissal with prejudice (Dkt. No. 8). The action is dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

It is so ordered this 5th day of May, 2023.

Kristine G. Baker
United States District Judge